Chief U.S. Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS GONZALES, a/k/a Felix Martinez, <br><br> Defendant. | CASE NO. MJ18-104 <br><br> COMPLAINT for VIOLATION <br><br> Title 21, U.S.C. Sections 841(a)(1), (b)(1)(A), (b)(1)(B) and (b)(1)(C), and Title 18, U.S.C. Section 2. |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1
### Possession of Crack Cocaine with Intent to Distribute

On or about April 19, 2017, at Seattle, in King County, within the Western District of Washington, and elsewhere, the defendant, CARLOS GONZALES did knowingly and intentionally possess, and did aid and abet the possession of, with the intent to distribute, cocaine base in the form of crack cocaine, a controlled substance under Title 21, United States Code, Section 812.

COMPLAINT/Carlos Gonzalez- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is further alleged that the offense involved two-hundred and eighty (280) grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 2
### (Possession of Cocaine with Intent to Distribute)

On or about April 19, 2017, at Seattle, in King County, within the Western District of Washington, and elsewhere, the defendant, CARLOS GONZALES did knowingly and intentionally possess, and did aid and abet the possession of, with the intent to distribute, cocaine, a controlled substance under Title 21, United States Code, Section 812.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 3
### (Possession of Crack Cocaine with Intent to Distribute)

On or about March 13, 2018, at Seattle, in King County, within the Western District of Washington, and elsewhere, the defendant, CARLOS GONZALES did knowingly and intentionally possess, and did aid and abet the possession of, with the intent to distribute, cocaine base in the form of crack cocaine, a controlled substance under Title 21, United States Code, Section 812.

It is further alleged that the offense involved twenty-eight (28) grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

And the complainant states that this Complaint is based on the following information:

I, Kevin Palermo, being first duly sworn on oath, depose and say:

## I. INTRODUCTION

1. I am employed as a Special Agent (SA) with the United States Drug Enforcement Administration (DEA), and have been so employed since August 2016. I am currently assigned to the Seattle Field Division. In this capacity, I investigate violations of the Controlled Substance Act, Title 21, United States Code, Section 801 et seq., and related offenses. I have received specialized training in the enforcement and investigation of the Controlled Substance Act. I have received over 620 hours of classroom training including but not limited to, drug identification, drug interdiction, detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and/or organizations involved in the illegal possession, possession for sale, sales, importation, smuggling, cultivation, manufacturing and illicit trafficking of controlled substances.

2. In my role as a Special Agent for the Drug Enforcement Administration, I have participated in narcotics investigations (i.e. heroin, cocaine, marijuana, and methamphetamine) which have resulted in the arrest of individuals and the seizure of illicit narcotics and/or narcotic-related evidence and the forfeiture of narcotics related assets. I have been involved in the service of search warrants as part of these investigations. Because of my experience in serving these search warrants, I have encountered and have become familiar with various tools, methods, trends, paraphernalia and related articles utilized by various traffickers in their efforts to import, conceal, and distribute controlled substances. I am also familiar with the various methods of packaging, delivering, transferring, and laundering drug proceeds. Additionally, through my training and experience, I can identify illegal drugs by sight, odor, and texture.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. Prior to becoming a DEA Special Agent, I was employed as a Police Officer in the Village of Lincolnshire in Lake County, Illinois from December 2014 to August 2016. In that capacity, I was responsible for providing and promoting public safety in the Village of Lincolnshire and the State of Illinois by maintaining order, responding to emergencies, protecting people and property, and enforcing criminal and motor vehicle laws. During this time, I was involved in investigations of criminal offenses including, but not limited to narcotics, identity theft, burglary, fraud, DUI, theft, and domestic violence.

4. Additionally, I have written investigative reports, and conducted and participated in numerous interviews of drug traffickers of various roles within drug organizations, which has provided me with a greater understanding of the methods by which drug trafficking organizations operate.

## II. PURPOSE OF COMPLAINT AND SUMMARY OF PROBABLE CAUSE

### A. PRIOR ARREST OF MARTINEZ AND SEARCH OF RESIDENCE

5. During the months of March and April 2017, Seattle Police Department (SPD), utilizing a Confidential Source (herein after "CS1"), conducted two controlled buys of crack cocaine from CARLOS GONZALES[1]. During each of the controlled purchases investigators met with CS1 prior to, and after, the meeting with GONZALES and searched him/her and his/her vehicle and both were found to be free of unauthorized items and contraband. CS1 was kept under constant surveillance during his/her travel to meet with Martinez.

6. During each of the controlled purchases, CS1 was observed walking from his/her vehicle to meet with GONZALES. After several minutes, CS1 returned to his/her

---

[1] During the course of this investigation, agents/officers identified a Hispanic male using the name "Felix Repilado Martinez" as a drug trafficker operating in the Seattle, WA metropolitan area. A subsequent National Crime Information Center (NCIC) database check revealed that "Felix Repilado Martinez" is an alias used by CARLOS GONZALES, FBI #465221X6

COMPLAINT/Carlos Gonzalez- 4

vehicle, and departed. CS1 was kept under constant surveillance until he/she arrived at a neutral location. Upon arriving at the neutral location, CS1 immediately provided investigators with a quantity of suspected crack cocaine, which field tested positive for cocaine. The quantity of suspected crack cocaine was consistent with the amount of official buy funds provided to CS1 for purchase.

7.  Based on the above information, on April 19, 2017, members of Seattle Police Department North Anti-Crime Team conducted a traffic stop on GONZALES, who was driving his vehicle, a Chevy Blazer, bearing Washington registration BEN5247 (hereinafter "the Target Vehicle"). Subsequent to the stop GONZALES was taken into custody and was provided *Miranda* Warnings. Post *Miranda*, GONZALES gave written consent to search his vehicle, the Target Vehicle. Investigators located 114.9 grams of crack cocaine in the Target Vehicle, and $400 of pre-recorded SPD buy money on GONZALES' person. GONZALES also had an additional $755 on his person.

8.  Following the traffic stop GONZALES provided consent to search his residence located at 14100 Linden Ave N, Unit 519, Seattle, Washington (hereinafter "Target Residence"). GONZALES was transported to the Target Residence. Once at the Target Residence GONZALES signed a written consent to search form prior to letting investigators into the Target Residence.

9.  Inside the Target Residence, investigators located narcotics, two loaded firearms, United States Currency, and gold jewelry. Specifically, investigators located and seized a semi-automatic Beretta, model 950 BS, .25 caliber with a serial number of #BR76782V, of which was verified stolen; a semi-automatic Kel-Tec CNC, model P-11, .9mm with a serial number #AUH89; 254 grams of cocaine; 360.3 grams of crack cocaine; gold jewelry; a $400-dollar gold coin and $10,000 in United States Currency.

10. GONZALES provided a recorded statement. GONZALES stated that all of the drugs and both of the guns located inside the Target Residence were his, and that the money was proceeds from selling narcotics. GONZALES was subsequently released.

COMPLAINT/Carlos Gonzalez- 5

## B. ARREST OF MARTINEZ BY WASHINGTON STATE PATROL

11. On January 14, 2018, a traffic stop was conducted on GONZALES by Washington State Patrol (WSP) for suspicion of Driving Under the Influence (DUI). GONZALES was driving the Target Vehicle at the time of the traffic stop. The WSP Trooper contacted GONZALES, the sole occupant of the vehicle, at his vehicle and conducted an investigation for suspicion of DUI. Based on the investigation the Trooper determined GONZALES was unable to safely operate a motor vehicle and was placed under arrest for DUI. During the search incident to arrest the Trooper located approximately $1,000.00 in cash in GONZALES' front right pocket. Additionally, the Trooper located a baggie of suspected crack cocaine, later weighed to be approximately 31 grams, located in GONZALES' front left pocket.

## C. SEARCH WARRANT EXECUTION

12. Based on the probable cause outlined above, I obtained a federal search warrant from this Court for the Target Residence on March 09, 2018. That warrant was executed on March 13, 2018.

13. During the execution of the search warrant, GONZALES and a female were located within the target residence. GONZALES was taken into custody and was provided *Miranda* Warnings. During the subsequent search of the residence, investigators located approximately 65.1 grams of crack cocaine in the kitchen and 4.6 grams of cocaine also located in the kitchen of the target residence.

14. GONZALES was interviewed on scene. Post *Miranda* GONZALES stated the female did not live at the target residence and he (GONZALES) lived there alone. GONZALES further stated everything in the target residence belonged to him, including narcotics and United States Currency.

//
//
//

COMPLAINT/Carlos Gonzalez- 6

## III. CONCLUSION

15. Based on the above facts, I respectfully submit that there is probable cause to believe that CARLOS GONZALES knowingly and intentionally possessed with the intent to distribute cocaine base in the form of crack cocaine, and cocaine, both controlled substances, and aided and abetted the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), 841(b)(1)(B) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

KEVIN L. PALERMO
SPECIAL AGENT, DEA

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 13 day of March, 2018.

THE HONORABLE BRIAN A. TSUCHIDA
United States Magistrate Judge