THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-0063-RSM |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OF COUNSEL |
| FELIX REPILADO MARTINEZ, | |
| Defendant. | |

NOTICE IS GIVEN that Assistant Federal Public Defender Mohammad Ali Hamoudi appears as counsel for the Defendant, Felix Repilado Martinez. It is requested that notice of all filings be served upon the undersigned.

DATED this 18th day of May 2020.

Respectfully submitted,

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
mo_hamoudi@fd.org

NOTICE OF APPEARANCE
(US v. Felix Martinez; CR18-63RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100