

Secure Services™

May 19, 2020

North Lake
Correctional Facility
1805 West 32nd Street
Baldwin, Michigan 49304

FILED ___ LODGED ___ RECEIVED ___  MAIL
MAY 26 2020
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

TEL: 231-876-4900
Fax: 231-876-4300
www.geogroup.com

The Honorable Ricardo S. Martinez

RE: Repilado Martinez, Felix
BOP Reg. No. 05882-000
Docket # 2:18CR00063RSM-001

Dear Judge Martinez,

It is with sadness that I advise you of the death of Inmate Felix Repilado Martinez, BOP Register Number 05882-000, a federal inmate confined at the Northlake Correctional Facility located in Baldwin, Michigan.

Mr. Repilado Martinez arrived at Northlake Correctional Facility on March 31, 2020. He was sentenced in the Western District of Washington on June 7, 2019, to a 78-month term with 4 years supervision for possession of crack cocaine with felon in possess of a firearm. He had a projected release date of September 21, 2023. Mr. Repilado Martinez was a citizen of Cuba.

On May 18, 2020 Mr. Repilado Martinez passed away. He was born on March 5, 1953 and was 67 years of age. His preliminary cause of death is cardiac arrest.

If I can be of further assistance or you require additional information, please feel free to contact me at (231) 876-4901.

Sincerely,

Donald Emerson
Facility Administrator



North Lake Correctional Facility
1805 W 32nd St
Baldwin, MI 49304

CERTIFIED MAIL
7018 0360 0001 1867 0529

The Honorable Ricardo S. Martinez
700 Stewart St
Suite 13134
Seattle, WA 98101

FIRST CLASS MAIL

MAIL
___ FILED
___ LODGED
___ RECEIVED
MAY 26 2020
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

98101-444864